Jerry CARTER, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. 66022.

Missouri Court of Appeals, Eastern District, Division One.

Jan. 24, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 1995.

Application to Transfer Denied April 25, 1995.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before: GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

*ORDER*

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).